Lyman Hall and Wife, Appellants, v. P. L. Sutherland, Appellee.

Appealed from a decree of the Circuit Court for Clay County.

Appeal dismissed on motion of counsel for appellee December 10th, 1912.

H. L. Anderson, for Appellants.

Toomer & Reynolds, for Appellee.